IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


CHAD R. WHEELER,

       Petitioner,

    vs.                            Civil Action 2:10-CV-1127
                                          Judge Frost
WARDEN, MADISON CORRECTIONAL            Magistrate Judge King
INSTITUTION,

       Respondent.


<u>ORDER</u>

      On July 6, 2011, the United States Magistrate Judge recommended that respondent's motion to dismiss the action for failure to exhaust state court remedies be granted.  *Report and Recommendation*, Doc. No. 12.  Although the parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so, there has nevertheless been no objection.

      The *Report and Recommendation*, Doc. No. 12, is **ADOPTED and AFFIRMED**.  Respondent's motion to dismiss, Doc. No. 9, is **GRANTED**.

      This action is hereby **DISMISSED,** without prejudice, for failure to exhaust state court remedies.

      The Clerk shall enter **FINAL JUDGMENT**.


                          /s/   Gregory L. Frost
                              Gregory L. Frost
                      United States District Judge